January 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BALLARD EXPLORATION COMPANY, INC. AND GORDY OIL COMPANY, Appellants

NO. 14-11-00782-CV                    V.

MRA NORTHEAST, L.P. AND FRM/MRA HOLDINGS #1, LTD., Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 5, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.